IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| QUALON DOUGLAS § | |
| § | CIVIL ACTION NO. |
| V. § | _____ |
| § | |
| DORCHESTER APARTMENTS and § | |
| RICHDALE APARTMENTS § | |

## INDEX OF ATTACHED STATE COURT PLEADINGS

| | | |
|---|---|---|
| 1. | State court docket sheet | January 14, 2022 |
| 2. | Statement of Inability to Afford Payment of Court Costs or an Appeal Bond | August 19, 2021 |
| 3. | Plaintiff's Appeal to Ruling Denying Statement of Inability to Afford Payment of Court of an Appeal Bond | September 09, 2021 |
| 4. | Findings of the Court | September 15, 2021 |
| 5. | Notice of Appeal of Ruling on Inability to Afford Payment of an Appeal Bond Re-Hearing Required within 14 days | September 15, 2021 |
| 6. | Notice of Non-Jury Trial Setting for October 22, 2021 File Copy | September 27, 2021 |
| 7. | Notice of Non-Jury Trial Setting for October 22, 2021 to Qualon Douglas | September 27, 2021 |
| 8. | Notice of Non-Jury Trial Setting for October 22, 2021 to Stacy Bruce | September 27, 2021 |
| 9. | Defendant's Motion to Dismiss for Failure to Perfect Appeal, or Alternatively, Objections to Plaintiff's Statement of Inability to Pay Appeal Bond | September 30, 2021 |
| 10. | Notice of Hearing on Defendant's Motion to Dismiss for Failure to Perfect Appeal, or Alternatively, Objections to Plaintiff's Statement of Inability to Pay Appeal Bond | October 1, 2021 |
| 11. | Plaintiff's Objection to and Motion to Strike Defendant's Motion to Dismiss for Failure to Perfect Appeal, or Alternatively, Objections to Plaintiff's Statement of Inability to Pay Appeal Bond | October 7, 2021 |

**EXHIBIT A**

| | | |
|---|---|---|
| 12. | Notice of Non-Jury Trial Setting for August 1, 2022 File Copy | October 17, 2021 |
| 13. | Notice of Non-Jury Trial Setting for August 1, 2022 to Jennifer Calhoun | October 17, 2021 |
| 14. | Notice of Non-Jury Trial Setting for August 1, 2022 to Qualon Douglas | October 17, 2021 |
| 15. | Notice of Non-Jury Trial Setting for August 1, 2022 to Stacy Bruce | October 17, 2021 |
| 16. | Letter to Court enclosing Proposed Order on Defendant's Motion to Dismiss for Failure to Perfect Appeal, and Objections to Affidavit of Inability to Pay Bond | October 18, 2021 |
| 17. | Proposed Order on Defendant's Motion to Dismiss for Failure to Perfect Appeal, and Objections to Affidavit of Inability to Pay Bond | October 18, 2021 |
| 18. | Order on Defendant's Motion to Dismiss for Failure to Perfect Appeal, and Objections to Affidavit of Inability to Pay Bond | November 12, 2021 |
| 19. | Plaintiff's Amended First Original Petition | December 17, 2021 |
| 20. | Email from JP Court indicating they will process the appeal and mail documents to County Court at Law No. 3 | January 4, 2022 |
| 21. | Email from JP Court indicating they are gathering documents to mail to County Court at Law No. 3 | January 4, 2022 |
| 22. | Defendant's First Amended Answer | January 13, 2022 |