## Case Information

CC-21-03933-C | QUALON DOUGLAS vs. DORCHESTER APARTMENTS AND RICHDALE APARTMENTS

| | | |
|---|---|---|
| **Case Number**<br>CC-21-03933-C | **Court**<br>County Court at Law No. 3 | **Judicial Officer**<br>MONTGOMERY, SALLY |
| **File Date**<br>09/15/2021 | **Case Type**<br>OTHER (CIVIL) | **Case Status**<br>CLOSED |

## Party

**PLAINTIFF**
DOUGLAS, QUALON

Address
13601 PRESTON RD STE W710
DALLAS TX 75240

**Active Attorneys**▼
Pro Se

---

**DEFENDANT**
DORCHESTER APARTMENTS AND RICHDALE APARTMENTS

**Active Attorneys**▼
Lead Attorney
BRUCE, STACY H
Retained

## Bond

| Bond Type | Bond Number | Bond Amount | Current Bond Status |
|---|---|---|---|

**EXHIBIT B**

| | | |
|---|---|---|
| CASH BOND | $500.00 | POSTED |

## Events and Hearings

09/15/2021 NEW CASE FILED (OCA) ▼

NEW CASE FILED (OCA)

09/15/2021 ORDER - ▼

ORDER -

> Comment
> DENYING PLAINTIFF'S PAUPER'S AFFIDAVIT

09/15/2021 NOTICE - APPEAL ▼

NOTICE - APPEAL

09/15/2021 AFFIDAVIT INABILITY TO PAY ▼

AFFIDAVIT INABILITY TO PAY

09/30/2021 MOTION - DISMISS ▼

MOTION FOR DISMISSAL

10/01/2021 NOTICE - HEARING ▼

NOTICE OF HEARING

10/07/2021 OBJECTION ▼

OBJECTION

> Comment
> TO AND MOTION TO STRIKE DEFENDANT'S MOTION TO DIMISS FOR FAILURE TO PERFECT APPEAL, OR ALTERNATIVIELY, OBJECTIONS TO PLAINTIFF'S STATEMENT OF INABILITY TO PAY APPEAL BOND

10/18/2021 MOTION - DISMISS ▼

Original Type
MOTION - DISMISS

MOTION FOR DISMISSAL

OBJECTION

Judicial Officer
MONTGOMERY, SALLY

Hearing Time
1:15 PM

Result
HEARING HELD

Comment
FILED 9/30/21 MISSY 214-220-5213 VIA COURT CALL

10/18/2021 CORRESPONDENCE - LETTER TO FILE ▼

PROPOSED ORDER FOR DISMISSAL

LETTER TO FILE

   Comment
   W/PROPOSED ORDER FOR DISMISSAL

10/22/2021 NON JURY TRIAL ▼

1 CCL#3 TRIAL LETTER

1 CCL#3 TRIAL LETTER

1 CCL#3 TRIAL LETTER

Judicial Officer
MONTGOMERY, SALLY

Hearing Time
11:20 AM

Cancel Reason
BY COURT ADMINISTRATOR

11/12/2021 ORDER - ▼

ORDER -

   Comment
   ON DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PERFECT APPEAL, AND
   OBJECTIONS TO AFFIDAVIT OF INABILITY TO PAY BOND

12/03/2021 DISMISSAL HEARING ▼

Judicial Officer
MONTGOMERY, SALLY

Hearing Time
9:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

**12/17/2021 AMENDED PETITION** ▾

PLAINTIFF'S AMENDED FIRST ORIGINAL PETITION

　Comment
　PLAINTIFF'S AMENDED FIRST ORIGINAL PETITION

**08/01/2022 NON JURY TRIAL** ▾

1 CCL#3 TRIAL LETTER
1 CCL#3 TRIAL LETTER
1 CCL#3 TRIAL LETTER
1 CCL#3 TRIAL LETTER

Judicial Officer
MONTGOMERY, SALLY

Hearing Time
10:00 AM

Cancel Reason
CASE CLOSED

# Financial

DOUGLAS, QUALON

|  |  |  |  |  |
|---|---|---|---|---|
| Total Financial Assessment |  |  |  | $277.00 |
| Total Payments and Credits |  |  |  | $277.00 |
| 9/15/2021 | Transaction Assessment |  |  | $277.00 |
| 10/19/2021 | PAYMENT (CASE FEES) | Receipt # CV-2021-11020 | DOUGLAS, QUALON | ($277.00) |

## Documents

AFFIDAVIT INABILITY TO PAY

NOTICE - APPEAL

ORDER -

NEW CASE FILED (OCA)

1 CCL#3 TRIAL LETTER

1 CCL#3 TRIAL LETTER

1 CCL#3 TRIAL LETTER

MOTION FOR DISMISSAL

NOTICE OF HEARING

OBJECTION

1 CCL#3 TRIAL LETTER

1 CCL#3 TRIAL LETTER

1 CCL#3 TRIAL LETTER

1 CCL#3 TRIAL LETTER

PROPOSED ORDER FOR DISMISSAL

LETTER TO FILE

ORDER -

PLAINTIFF'S AMENDED FIRST ORIGINAL PETITION