IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUALON DOUGLAS | § | |
| | § | CIVIL ACTION NO. |
| V. | § | 3:22-CV-00100-K |
| | § | |
| DORCHESTER APARTMENTS and | § | |
| RICHDALE APARTMENTS | § | |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED FIRST ORIGINAL PETITION

Dorchester Properties, Ltd (improperly sued as Dorchester Apartments and Richdale Apartments), ("Dorchester") files this Motion to Dismiss Plaintiff's Amended First Original Petition and respectfully shows the Court the following:

In accordance with Local Rule 7.1(d), Defendant submits the accompanying Brief in Support of its Motion to Dismiss Plaintiff's Amended First Original Petition. Each of the matters required by Local Rule 7.1(d) will be set forth in Defendant's Brief in Support of its Motion to Dismiss Plaintiff's Amended First Original Petition.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays this Court grant Defendant's Motion to Dismiss Plaintiff's Amended First Original Petition and dismiss all of Plaintiff's claims, and grant any further relief, both in law and equity, as the Court deems proper and just.

**Respectfully submitted**,

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
214.220.5210
214.220.5299 Fax

By: */s/ Stacy Hoffman Bruce*
**STACY HOFFMAN BRUCE**
Texas Bar No. 24036793
sbruce@cobbmartinez.com
**HANNAH L. HANSEN**
Texas Bar No. 24116483
hhansen@cobbmartinez.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify a true and correct copy of this document has been forwarded to Plaintiff either by e-service, telefax, electronic mail, and/or regular U.S. mail on this 21st day of January, 2022:

Qualon Douglas
P.O. Box 260155
Plano, TX 75026
qualondouglas@gmail.com

*/s/ Stacy Hoffman Bruce*
**STACY HOFFMAN BRUCE**