IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUALON QUEON DOUGLAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-100-K |
| | § | |
| DORCHESTER PROPERTIES, | § | |
| LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

In light of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Doc. No. 24, the Court has independently reviewed the pleadings, files, and records in this case. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. *Id.* Defendant's Motion to Dismiss Plaintiff's Amended First Original Petition, Doc. No. 6, is **GRANTED**.

Plaintiff is granted leave to file a second amended complaint within fourteen days from the date of this Order. If Plaintiff fails to file a second amended complaint, the Court will dismiss this case with prejudice on its own motion.

**SO ORDERED.**

Signed September 20th, 2022.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE