IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUALON DOUGLAS | § | |
| | § | CIVIL ACTION NO. |
| V. | § | 3:22-CV-00100-K |
| | § | |
| DORCHESTER APARTMENTS and | § | |
| RICHDALE APARTMENTS | § | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S
SECOND AMENDED COMPLAINT**

Dorchester Properties, Ltd files this Motion to Dismiss Plaintiff's Second Amended Complaint and respectfully shows the Court the following:

In accordance with Local Rule 7.1(d), Defendant submits the accompanying Brief in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint. Each of the matters required by Local Rule 7.1(d) will be set forth in Defendant's Brief in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays this Court grant Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint and dismiss all of Plaintiff's claims, and grant any further relief, both in law and equity, as the Court deems proper and just.

**Respectfully submitted**,

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
214.220.5210
214.220.5299 Fax


By:   */s/ Stacy Hoffman Bruce*
      **STACY HOFFMAN BRUCE**
      Texas Bar No. 24036793
      sbruce@cobbmartinez.com
      **HANNAH L. HANSEN**
      Texas Bar No. 24116483
      hhansen@cobbmartinez.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify a true and correct copy of this document has been forwarded to Plaintiff either by e-service, telefax, electronic mail, and/or regular U.S. mail on this 4th day of October, 2022:

Qualon Douglas
P.O. Box 260155
Plano, TX 75026
qualondouglas@gmail.com


*/s/ Stacy Hoffman Bruce*
**STACY HOFFMAN BRUCE**