IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUALON QUEON DOUGLAS, I, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-100-K-BN |
| | § | |
| DORCHESTER PROPERTIES LTD, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated May 17, 2023 [Dkt. No. 41], the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

The Court GRANTS Defendant's motion to dismiss [Dkt. No. 27] and dismisses Plaintiff's Fair Housing Act claim with prejudice and dismisses Plaintiff's Deceptive Trade Practices Act claim, breach of contract claim, and negligence claim without prejudice. Plaintiff shall have 21 days from the date of this order in which to file an amended complaint to replead his Deceptive Trade Practices Act claim, breach of contract claim, and negligence claim, if he can, consistent with this recommendation

conclusions and findings of the Unites States Magistrate Judge. If Plaintiff fails to do so, those claims will be dismissed with prejudice without further notice.

**SO ORDERED.**

**Signed August 9th, 2023**.


_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE