IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUALON QUEON DOUGLAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-0100-K |
| | § | |
| DORCHESTER PROPERTIES, LTD., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Final Judgment is entered pursuant to the Court's Order Accepting Findings and Recommendation of the United States Magistrate Judge, dated August 9, 2023, and the Court's Order, dated August 31, 2023, in which the Court granted Defendant Dorchester Properties, Ltd.'s Motion to Dismiss Plaintiff's Second Amended Complaint, and dismissed Plaintiff Qualon Queon Douglas's claims against Defendant Dorchester Properties, Ltd. with prejudice.

It is therefore, **ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff takes nothing by his suit against Defendant Dorchester Properties, Ltd., and that Plaintiff's claims against Defendant Dorchester Properties, Ltd. are **DISMISSED with prejudice**, with each party to bear their own costs.

**SO ORDERED.**

Signed August 31st, 2023.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE